# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | |
|---|---|
| RUIAN TONGDA OPTICAL CO. LTD <br><br> Plaintiff, <br><br> -vs- <br><br> OTC Optics, L.L.C. d/b/a Eyemagine L.L.C. <br><br> Defendant | ) <br> ) No. <br> ) <br> ) <br> ) Amount Claimed: $1,231,932.30 <br> )FILED: MARCH 6, 2009 <br> )09CV1426 <br> )JUDGE LEINENWEBER <br> )MAGISTRATE JUDGE SCHENKIER <br> BR |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, RUIAN TONGDA OPTICAL CO. LTD, by and through Edward S. Margolis, one of its attorneys, and complaining of the Defendant, OTC Optics, L.L.C. d/b/a Eyemagine L.L.C., states as follows:

## GENERAL ALLEGATIONS OF JURISDICTION AND VENUE

1. Jurisdiction of this Court is conferred by 28 U.S.C. §1332.

2. The Defendant, OTC Optics, L.L.C. d/b/a Eyemagine L.L.C., is a corporation, incorporated under the laws of the State of Illinois, with its principal place of business in this Judicial District.

3. The Plaintiff, RUIAN TONGDA OPTICAL CO. LTD, is a corporation incorporated under the laws of Zhejiang Province of the Nation of China, with its principal place of business in the Nation of China.

4. The amount in controversy exceeds $75,000.00 exclusive of interest and costs.

## STATEMENT OF CLAIM

1-4. Plaintiff restates, realleges and reaffirms Paragraphs 1-4 of the General Allegations as Paragraphs 1-4 of the Statement of Claim.

5. Plaintiff is engaged in the business, *inter alia*, of merchandising.

6. The Defendant ordered from Plaintiff, on the various dates more specifically set forth on Group Exhibit "A" attached hereto and made a part hereof, those goods, wares and merchandise as are described in said Exhibit.

7. Plaintiff delivered to Defendant those goods, wares and merchandise specifically referred to in the preceding paragraph to the extent of $592,601.57.

    8.    Defendant accepted from Plaintiff those goods, wares and merchandise specifically referred to in the preceding paragraphs.

    9.    Plaintiff further delivered to the Defendant merchandise in the amount of $279,023.62 which the Defendant had ordered but refused to accept.

    10.    That as to said merchandise the Plaintiff sold the merchandise for a net loss of $185,481.22 as more fully set out on Exhibit "A".

    11.    That further the Defendant has failed to accept delivery of an additional $453,849.60 in merchandise ordered at its instance and request as more fully set out on Exhibit "A".

    12.    That there is a total balance due and owing from the Defendant to the Plaintiff in the amount of $1,231,932.30 after giving the Defendant all credits to which it is entitled.

    13.    The due demand has been made upon the Defendant for the payment of the aforesaid sum, and the Defendant has refused and continues to refuse so to pay.

WHEREFORE, Plaintiff, RUIAN TONGDA OPTICAL CO. LTD, prays that this Court enter Judgment against the Defendant, OTC Optics, L.L.C. d/b/a Eyemagine L.L.C., in the amount of $1,231,932.30, and Court costs.

                                                                RUIAN TONGDA OPTICAL CO. LTD
Plaintiff herein,

By: _____
                Edward S. Margolis
                One of its attorneys

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
312-922-3030
Attorney ID# 01763539